AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRISHA L. ROBERSON,<br>　　Plaintiff,<br><br>　　v.<br><br>PAUL SMITH, INC., and NORTH CAROLINA<br>DIGITAL IMAGING, INC.,<br>　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-40-F** |

**Decision by Court.**

　　**IT IS ORDERED AND ADJUDGED** that the court declines to exercise supplemental jurisdiction over the two remaining state law claims in this action and REMANDS Case No. 5:07-CV-284-F to the Johnston County Superior Court; the Clerk of Court is DIRECTED to close Case No. 5:08-CV-40.

　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 20, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

John E. Campion  (via CM/ECF Notice of Electronic Filing)

Allison Serafin (via CM/ECF Notice of Electronic Filing)

Patricia L. Holland (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| April 20, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |